United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Thomas Davis, Plaintiff, | ) |
| v. | ) Civil Action No. 22-23715-Civ-Scola |
| Miami-Dade County, Defendant. | ) |

## Judgment

The Court has dismissed this case. (Order, ECF No. 32.) The Court now enters judgment in favor of the Defendant, and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on July 25, 2023.

_____
Robert N. Scola, Jr.
United States District Judge